# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

140118 & (13)(17)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

DONALD KENNETH CARLSON,
  Defendant-Appellant.

SC: 140118
COA: 294110
Benzie CC: 84-000966-FC

_____/

  On order of the Court, the application for leave to appeal the October 30, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions to remand are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

y0517